IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01727-PSF-BNB

DONNA DEACON,
MARIAN DEACON, and
DEBORAH WHITFIELD,

Plaintiffs,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, a Delaware limited liability company, d/b/a CREDITORS INTERCHANGE,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order** (the "Motion"), filed on December 21, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **March 24, 2006**; |
| Dispositive Motion Deadline: | **April 21, 2006**. |

IT IS ORDERED that the Pretrial Conference set for May 15, 2006, is **vacated and reset to June 26, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **June 19, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  December 23, 2005