IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01727-PSF-BNB

DONNA DEACON,
MARIAN DEACON, and
DEBORAH WHITFIELD,

Plaintiffs,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, a Delaware limited liability company, d/b/a CREDITORS INTERCHANGE,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 24, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 10, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge