IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01727-PSF-BNB

DONNA DEACON;
MARIAN DEACON; and
DEBORAH WHITFIELD,

    Plaintiffs,

v.

CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,
a Delaware limited liability company, d/b/a Creditors Interchange,

    Defendant.

## ORDER OF DISMISSAL

The parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 24) is GRANTED. The Court hereby ORDERS that this case is DISMISSED with prejudice, each party to pay its own costs and attorney's fees.

    DATED: January 27, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge